| | |
|---|---|
| 1 | JEFFREY A. HOLLINGSWORTH (*admitted pro hac vice*) |
|   | *jhollingsworth@perkinscoie.com* |
| 2 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4800 |
| 3 | Seattle, WA 98101 |
|   | Telephone: (206) 583-8888 |
| 4 | Facsimile: (206) 583-8500 |
| 5 | DAVID R. BURTT, State Bar No. 201220 |
|   | *dburtt@perkinscoie.com* |
| 6 | JAMES A. NICKOVICH, State Bar No. 244969 |
|   | *jnickovich@perkinscoie.com* |
| 7 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 8 | San Francisco, CA 94111 |
|   | Telephone: (415) 344-7000 |
| 9 | Facsimile: (415) 344-7050 |
| 10 | Attorneys for Defendant |
|    | STARBUCKS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS O'CONNOR, individually, and on behalf of all others similarly situated, | Case No. C-06-03706 VRW |
| Plaintiffs, | **STIPULATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL** |
| vs. | |
| STARBUCKS CORP.; and DOES 1 to 25, inclusive, | |
| Defendants. | |

Plaintiff Douglas O'Connor, by and through his attorneys of record herein, and Defendant Starbucks Corporation, by and through its attorneys of record herein, hereby stipulate to continue the hearing date on Plaintiffs' Motion to Compel, which is currently set for February 15, 2007 at 2:00 p.m., to March 8, 2007 at 2:00 p.m.

STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE
Case No. C-06-03706 VRW
18177-0157/LEGAL13007656.1

| | |
|---|---|
| 1 | The parties further stipulate that Plaintiffs shall have until March 1, 2007, to file their |
| 2 | reply brief. There have been no previous continuances of this motion, and Starbucks requested |
| 3 | this continuance due to scheduling conflicts which require both of its lead counsel to be out of |
| 4 | town on February 15, 2007. |

DATED: February 6, 2007

**PERKINS COIE LLP**

By: _____/s/_____
David R. Burtt

Attorneys for Defendant
STARBUCKS CORPORATION

DATED: February 6, 2007

**SCOTT COLE & ASSOCIATES, APC**

By: _____/s/_____
Matthew R. Bainer

Attorneys for Plaintiff
DOUGLAS O'CONNOR

### ORDER

Pursuant to the Stipulation of the parties herein, the hearing on Plaintiffs' Motion to Compel is continued to March 8, 2007 at 2:00 p.m. Plaintiffs shall file their reply brief by March 1, 2007.

DATED: February 8, 2007

_____
UNITED STATES DISTRICT JUDGE
The Honorable

[GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California — signature stamp]

- 2 -

STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE
Case No. C-06-03706 VRW
18177-0157/LEGAL13007656.1

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David R. Burtt, attest that I obtained the concurrence of Matthew R. Bainer in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 6th day of February, 2007, at Portland, Oregon.

/s/
David R. Burtt

- 3 -
STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE
Case No. C-06-03706 VRW
18177-0157/LEGAL13007656.1