| | |
|---|---|
| 1 | JEFFREY A. HOLLINGSWORTH (*admitted pro hac vice*) |
|   | jhollingsworth@perkinscoie.com |
| 2 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4800 |
| 3 | Seattle, WA 98101 |
|   | Telephone: (206) 583-8888 |
| 4 | Facsimile: (206) 583-8500 |
| 5 | JONMI N. KOO, State Bar No. 233136 |
|   | jkoo@perkinscoie.com |
| 6 | JAMES A. NICKOVICH, State Bar No. 244969 |
|   | jnickovich@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 8 | San Francisco, CA 94111 |
|   | Telephone: (415) 344-7000 |
| 9 | Facsimile: (415) 344-7050 |
| 10 | Attorneys for Defendant |
|    | STARBUCKS CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS O'CONNOR, individually, and on behalf of all others similarly situated, | Case No. C06-03706VRW |
| Plaintiffs, | CLASS ACTION |
| vs. | STIPULATION AND [PROPOSED] ORDER WAIVING ALL APPEALS; WAIVING RECOVERY OF ATTORNEYS' FEES AND ALL OTHER COSTS; AND CESSATION OF ANY FURTHER LITIGATION |
| STARBUCKS CORP.; and DOES 1 to 25, inclusive, | |
| Defendants. | Place: Courtroom 6, 17th Floor |
| | Judge: The Hon. Vaughn R. Walker |

This Stipulation is entered into by and between Plaintiff Douglas O'Connor ("Plaintiff" or "Mr. O'Connor") and Defendant Starbucks Corporation ("Defendant") through their respective attorneys of record.

---

STIPULATION AND [PROPOSED] ORDER WAIVING ALL APPEALS; WAIVING RECOVERY OF
ATTORNEY'S FEES AND ALL OTHER COSTS; AND CESSATION OF ANY FURTHER LITIGATION
Case No. C06-03706VRW

| | |
|---|---|
| 1 | **WHEREAS,** on July 14, 2008 this Court issued an Order Granting Defendant's Motion |
| 2 | for Summary Judgment; |
| 3 | **WHEREAS,** Plaintiff maintains that he may appeal the Summary Judgment Order |
| 4 | pursuant to 28 U.S.C.A. § 1291; |
| 5 | **WHEREAS,** Defendant maintains that it may seek to recover certain attorney's fees and |
| 6 | costs from Mr. O'Connor as the prevailing party in the afore-mentioned Summary Judgment |
| 7 | proceedings; |
| 8 | **WHEREAS,** the parties have agreed to waive the foregoing rights, dismiss all claims and |
| 9 | cease any further litigation; and |
| 10 | **WHEREAS,** the parties believe it is in their mutual best interest to resolve this matter in |
| 11 | its entirety at this time; |
| 12 | **IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO:** |
| 13 | 1.   Plaintiff will not appeal the Court's Order Granting Defendant's Motion for |
| 14 | Summary Judgment; |
| 15 | 2.   Defendant will not seek to recover its attorneys' fees or any other costs related to |
| 16 | this litigation from Plaintiff or his counsel, Scott Cole & Associates, APC, and hereby withdraws |
| 17 | its July 29, 2008 Bill of Costs (Dkt. #84); and |
| 18 | 3.   It is in the parties' mutual best interest to cease any and all further litigation from |
| 19 | this day forward. |

- 2 -
STIPULATION AND [PROPOSED] ORDER WAIVING ALL APPEALS; WAIVING RECOVERY OF
ATTORNEY'S FEES AND ALL OTHER COSTS; AND CESSATION OF ANY FURTHER LITIGATION
Case No. C06-03706VRW

DATED: August __, 2008

/s/ Douglas O'Connor

Attorneys for the Representative Plaintiff
and the Plaintiff Class

DATED: August 11, 2008

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Matthew R. Bainer

Attorneys for the Representative Plaintiff
and the Plaintiff Class

DATED: August 7, 2008

**STARBUCKS CORPORATION**

By: Kimberley Kemper

Its: Director, Corporate Counsel

Attorneys for the Representative Plaintiff
and the Plaintiff Class

DATED: August __, 2008

**PERKINS COIE LLP**

By: /s/
Jeffrey A. Hollingsworth
Jonmi N. Koo
James A. Nickovich

Attorneys for Defendant
STARBUCKS CORPORATION

DATED: 8/14/2008

Hon. Vaughn R. Walker
United States District Court

IT IS SO ORDERED
/s/ Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18177-0187/LEGAL14549681.1

STIPULATION AND [PROPOSED] ORDER WAIVING ALL APPEALS; WAIVING RECOVERY OF
ATTORNEY'S FEES AND ALL OTHER COSTS; AND CESSATION OF ANY FURTHER LITIGATION
Case No. C06-03706VRW